IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17CR3115 |
| vs. | |
| TARA RAE ELLINGTON, | ORDER |
| Defendant. | |

IT IS ORDERED:

1) Defendant's motion, (Filing No. 32), is granted.

2) At 8:00 a.m. on January 23, 2018, the Saline County Jail shall release defendant to Monte Davis, who shall transport Tara Ellington from the jail to St. Monica's in Lincoln, Nebraska.

3) Defendant shall arrive at St. Monica's between 9:00 and 10:00 a.m. on January 23, 2018.

January 22, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge