IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TARA RAE ELLINGTON,

    Defendant.

4:17CR3115

ORDER

IT IS ORDERED:

1) Defendant's motion to modify the conditions of pretrial release, (Filing No. 54), is granted.

2) Defendant is permitted to have a single contact with her son Daylan Davis for therapeutic counseling, any additional contacts subject to the further recommendations of her therapeutic counselor.

3) In all other respects, Defendant shall comply with all terms and conditions of pretrial release.

July 26, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge