IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:17CR3115 |
| | ) | |
| v. | ) | |
| | ) | |
| TARA RAE ELLINGTON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

After consultation with counsel and the Probation Officer,

IT IS ORDERED that:

(1) The United States Marshal shall release Ms. Ellington to the custody of Tregg Lunn for transportation to the Oxford House in Lincoln, Nebraska, on Monday morning, March 11, 2019.

(2) The defendant shall remain at the Oxford House and follow all of the rules and regulations of the Oxford House. Furthermore, she shall follow all of the conditions previously imposed upon on her for pretrial release.

(3) Sentencing is this matter is scheduled for Thursday, March 14, 2019, at 12:30 p.m.

(4) I am tentatively inclined to allow the defendant to self surrender after sentencing but no earlier than 45 days after sentencing.

DATED this 7th day of March, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge